# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BURNS, MICHELLE H. | Phoenix, District Court | 09/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Sandra Day O'connor Courthouse
401 W. Washinton St. SPC 12
Phoenix, Arizona 85003-2146

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Burns, Nickerson, and Taylor, S-Corp. salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Judiciary | 02/05/2019-02/07/2019 | Pasedena, CA | Ninth Circuit Judicial Council | hotel, ransportation, meals |
| 3. | Judiciary | 05/17/2019-05/17/2019 | Flagstaff, AZ | District of Arizona Judiciary/Court governance | transportation, meals |
| 4. | Judiciary | 05/28/2019-06/02/2019 | San Francisco, CA | Ninth Circuit MJ Executive Board Meeting | transportation, hotel, meals |
| 5. | Judiciary | 08/19/2019-08/21/2019 | Portland, OR | Ninth Circuit Judicial Conference committee meeting | transportation, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **BURNS, MICHELLE H.** | 09/04/2020 |

| 6. | Judiciary | 09/06/2019-09/07/2019 | Carefree, AZ | District Judges Conference/ Retreat | transportation, hotel, meals |
| 7. | Judiciary | 10/09/2019-10/11/2019 | Boise, ID | MJ Executive Board Meeting | transportation, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 09/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 09/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Interest Checking Account Bank of America | A | Interest | J | T | | | | | |
| 2. Partnership - Burns Fulton | C | Distribution | L | U | | | | | |
| 3. Interest checking wells fargo bank | A | Interest | J | T | | | | | |
| 4. Fidelity Insvestments Brokerage Account (751) | | | | | | | | | |
| 5. ---Fidelity Cash Account | A | Interest | M | T | | | | | |
| 6. ---Blackrock Emerg Mkts | A | Dividend | J | T | | | | | |
| 7. Fidelivy Investments Managed Acct (502) | | | | | | | | | |
| 8. ---Fid. Intl Small Cap Opp | A | Dividend | J | T | | | | | |
| 9. --Fed Adv Mega Cap Stock | A | Dividend | | | Sold | 04/11/19 | J | | |
| 10. --Strateg Adv Tax Sensitive SD | A | Dividend | K | T | | | | | |
| 11. --Fid Sai Tax Free Bond Fund | A | Dividend | L | T | Buy (add'l) | 04/01/19 | K | | |
| 12. --Acadian Emerg Mkts Port Invstr | A | Dividend | J | T | | | | | |
| 13. ---Lazard Emerging Mkts Equity Op cl shs | A | Dividend | J | T | | | | | |
| 14. ---Mainstay Tax Free Bond Cl. A | A | Dividend | J | T | | | | | |
| 15. --Mainstay MacKay High Yield Muni Bd | A | Dividend | J | T | | | | | |
| 16. ---T Rowe Price Tax Free High Yield Adv | A | Dividend | J | T | | | | | |
| 17. ---T Rowe Price New Era | A | Dividend | J | T | Sold (part) | 04/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 09/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ---BlackRock Natl Muni Fund | A | Dividend | K | T | Buy<br>(add'l) | 04/11/19 | K | | |
| 19. --IShares MSCI Emerg Mkts ETF | A | Dividend | J | T | | | | | |
| 20. ---IShares Russell Midcap Val | A | Dividend | J | T | | | | | |
| 21. ---IShares Russel Mdcp Grwth | A | Dividend | J | T | | | | | |
| 22. ---IShares Russell 1000 Val. | A | Dividend | K | T | | | | | |
| 23. ---MFS Internl Value Fund | A | Dividend | K | T | | | | | |
| 24. ---SPDR S&P500 EFT Tr Unit | A | Dividend | L | T | | | | | |
| 25. ---Sector SPDR TR Shs Ben int | A | Dividend | J | T | | | | | |
| 26. ---Tmplton Global Bond cl A | A | Dividend | | | Sold | 06/24/19 | J | | |
| 27. --Vanguard FTSE Dev Mkt EFT | A | Dividend | K | T | | | | | |
| 28. --Vanguard Sector Index FDS | A | Dividend | J | T | | | | | |
| 29. --Vanguard Long Term Tax Expt Adm | A | Dividend | K | T | | | | | |
| 30. --Vanguard Index FDS Midcap Growth | A | Dividend | K | T | | | | | |
| 31. --Vanguard Index FDS Small Cap | A | Dividend | J | T | | | | | |
| 32. --Vanguard Index FDS Growth | A | Dividend | K | T | | | | | |
| 33. --Vanguard Index FDS Value | A | Dividend | K | T | | | | | |
| 34. --Vanguard Index FDS Small Cap | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 09/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  ---Wells Fargo Muni | A | Dividend | K | T | | | | | |
| 36.  ---Artisan Int' Value Fund | A | Dividend | J | T | | | | | |
| 37.  ---Oppenheimer Intl Bnd fd | A | Dividend | | | Sold | 06/24/19 | J | | |
| 38.  ---TRowe Price RealEst fnd | A | Dividend | J | T | | | | | |
| 39.  ---Oppenhmer Dev Mkts fd **(new name "Invesco Oppenhmer Dev Mkts) | A | Dividend | J | T | | | | | |
| 40.  ---Acadian Emg Mkts Port Invstr | A | Dividend | J | T | | | | | |
| 41.  --Oakmark Fund Invester Cl | A | Dividend | K | T | | | | | |
| 42.  ---T-Rowe Pc Int'l stock | A | Dividend | J | T | | | | | |
| 43.  --Fidelity Municipal Money Mkt | A | Dividend | J | T | | | | | |
| 44.  --IShares Russell 1000 Growth ETF | A | Dividend | K | T | | | | | |
| 45.  --IShares S&P Smallcap 600 Growth ETF | A | Dividend | J | T | | | | | |
| 46.  --IShares Tr Eafe SML CP ETF | A | Dividend | | | Sold | 06/25/19 | J | | |
| 47.  --IShares TR US Treas Bd ETF | A | Dividend | J | T | Buy | 06/25/19 | J | | |
| 48.  --Transamerican Int'l Equity | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 49.  IRA #1 (695) | | | | | | | | | |
| 50.  --Fidelity Small Cap | A | Dividend | J | T | | | | | |
| 51.  --Fidelity ContraFund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 09/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   --Fidelity Equity Income | A | Dividend | K | T | | | | | |
| 53.   --Fidelity Dividend Growth | A | Dividend | K | T | | | | | |
| 54.   --Fidelity Export and intern'l | A | Dividend | J | T | | | | | |
| 55.   --Fidelity int'l discovery | A | Dividend | J | T | | | | | |
| 56.   --Nokia OYJ ADR | A | Dividend | J | T | | | | | |
| 57.   --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 58.   --Yum! Brank Inc. | A | Dividend | K | T | | | | | |
| 59.   --Mathews China Fund | A | Dividend | J | T | | | | | |
| 60.   --Cisco SysInc | A | Dividend | J | T | | | | | |
| 61.   --General Electric | A | Dividend | J | T | | | | | |
| 62.   --Fidelity NASDAQ Composite INdex | A | Dividend | K | T | | | | | |
| 63.   --Fidelity Large Cap Value Enhanced INdex | A | Dividend | J | T | | | | | |
| 64.   --/Fidelity Equity Divident Income Fund | A | Dividend | J | T | | | | | |
| 65.   --VAnguard 500 Index FD Investor SHS | A | Dividend | K | T | | | | | |
| 66.   IRA #2 (687) | | | | | | | | | |
| 67.   --Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 68.   --Fidelity Equity Income | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 09/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   --Fidelity Equity Income II | A | Dividend | J | T | | | | | |
| 70.   ---Fidelity 500 Index Premium C;ass | A | Interest | L | T | | | | | |
| 71.   IRA #3 (R-840) | | | | | | | | | |
| 72.   --Spartan 500 Index FD Advantage Class | A | Interest | J | T | | | | | |
| 73.   --Intel Corp. | A | Dividend | J | T | | | | | |
| 74.   IRA #4 (R - 832) | | | | | | | | | |
| 75.   --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 76.   Fidelity SEP IRA Managed Account (053) | | | | | | | | | |
| 77.   ---Fid. SAI US Large Cap Index | A | Dividend | J | T | | | | | |
| 78.   ---Fid. SAI Intern'l Index | A | Dividend | J | T | | | | | |
| 79.   ---Fid. SAI Emerg Markets Index | A | Dividend | J | T | | | | | |
| 80.   ---FIMM Govt. Portfolio Inst Cl | A | Dividend | J | T | | | | | |
| 81.   ---AQR Managed Futures Fund CL N. | A | Dividend | J | T | | | | | |
| 82.   ---Eaton Vance GL Macro Absolute RTRN | A | Dividend | J | T | | | | | |
| 83.   ---Strategic Advsrs Core Fnd | A | Dividend | M | T | Buy<br>(add'l) | 09/26/19 | J | | |
| 84.   ---Strategic Advrs Grwth Fnd | A | Dividend | K | T | | | | | |
| 85.   ---Strategic Advsrs Value Fnd | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 09/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   ---Strategic Advsrs Emrng mkts | A | Dividend | K | T | | | | | |
| 87.   ---Strategic Advsrs us oppt fnd | A | Dividend | J | T | | | | | |
| 88.   ---Strategic Adv smll-mid cap | A | Dividend | K | T | | | | | |
| 89.   ---Strategic Advsrs Internl fnd | A | Dividend | L | T | | | | | |
| 90.   ---Strategic Adv shrt durtn fnd | A | Dividend | J | T | | | | | |
| 91.   ---Strategic Adv income oppty | A | Dividend | J | T | | | | | |
| 92.   ---Strategic Adv core incm fnd | A | Dividend | L | T | | | | | |
| 93.   ---Pimco total rtrn admin shs | A | Dividend | J | T | | | | | |
| 94.   IRA #6 | | | | | | | | | |
| 95.   --Blackrock Glbal | A | Dividend | K | T | | | | | |
| 96.   Nationwide Retirement Solutions - deferred compensation acct | | | | | | | | | |
| 97.   --Vanguard 500 Index Fund | A | Dividend | N | T | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |

1 Income Gain Codes:        A =$1,000 or less            B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000         E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less          K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000      O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
  (See Column C2)            U =Book Value               V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 09/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MICHELLE H. BURNS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544